UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RONALD BICKHAM                                    CIVIL ACTION

VERSUS                                            NO. 14-16

BURL CAIN, WARDEN                                 SECTION "N"(2)

## O R D E R

The court, having considered the complaint, the record, the applicable law, the

Report and Recommendation of the United States Magistrate Judge, and the objections

to the Magistrate Judge's Report and Recommendation filed by the plaintiff on January

27, 2014 (Rec. Doc. No. 3), hereby approves the Report and Recommendation of the

United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the petition of Ronald Bickham for issuance of a writ of

habeas corpus under 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH**

**PREJUDICE**.

New Orleans, Louisiana, this _25th_ day of _February_, 2014.


KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE